UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fanny U.,[1]                                                        Case No. 26-CV-262 (MJD/JFD)

        Petitioner,

v.                                                                              **ORDER**

Pamela Bondi, Kristi Noem, Todd M.
Lyons, and David Easterwood,

        Respondents.

---

This matter is before the Court on the Report and Recommendation issued on January 23, 2026 (Dkt. No. 11). No objections have been filed. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).

Based on that review, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation **[Dkt. No. 11]** is **ADOPTED**;

2. Petitioner Fanny U.'s Petition for Writ of Habeas Corpus **[Dkt. No. 1]** is

    **GRANTED** insofar as Respondents are ordered to hold a bond hearing

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in immigration cases.

under 8 U.S.C. § 1226(a) before an immigration judge in Minnesota within seven days;

3. Petitioner's Motion for Temporary Restraining Order **[Dkt. No. 2]** is **DENIED AS MOOT**;

4. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), Petitioner shall be immediately released from detention; and

5. Respondents are ordered to report to the Court no later than February 4, 2026, the results of any bond hearing held pursuant to this Order or the date when Petitioner was released from detention.[2]

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  January 27, 2026                s/Michael J. Davis
                                       MICHAEL J. DAVIS
                                       United States District Court

---

[2] This final requirement is a slight modification to the R&R.