# UNITED STATES DISTRICT COURT

## District of Minnesota

Fanny Urtado Maiza,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-262 (MJD/JFD)

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation **[Dkt. No. 11]** is **ADOPTED;**
2. Petitioner Fanny U.'s Petition for Writ of Habeas Corpus **[Dkt. No. 1]** is **GRANTED** insofar as Respondents are ordered to hold a bond hearing under 8 U.S.C. § 1226(a) before an immigration judge in Minnesota within seven days;
3. Petitioner's Motion for Temporary Restraining Order **[Dkt. No. 2]** is **DENIED AS MOOT;**
4. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), Petitioner shall be immediately released from detention; and
5. Respondents are ordered to report to the Court no later than February 4, 2026, the results of any bond hearing held pursuant to this Order or the date when Petitioner was

released from detention.

Date: 1/28/2026

KATE M. FOGARTY, CLERK