UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fanny U.,

        Petitioner,

v.                          **ORDER DISMISSING WRIT OF HABEAS CORPUS**
                                 Civil File No. 26-00262 (MJD/JFD)

Pamela Bondi, et al.,

        Defendants.

Kira Aakre Kelley, Climate Defense Project, Counsel for Petitioner.

David R. Hackworthy, Assistant United States Attorney, Counsel for Respondents.

On January 27, 2026, the Court granted Petitioner Fanny U.'s Petition for Writ of Habeas Corpus insofar as Respondents were ordered to hold a bond hearing for Petitioner within seven days. **[Doc 12**.] If a bond hearing was not conducted, Respondents were ordered to immediately release petitioner. **[Doc. 12.]**

On February 4, 2026, the Respondents provided a status update informing the Court that a bond hearing was conducted on February 3, 2026. **[Doc. 14.]** The

1

Immigration Judge ordered Petitioner released upon payment of a $3,000 bond. **[Doc. 14.]**

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Fanny U.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 8, 2026　　　　　　　　　s/Michael J. Davis  
　　　　　　　　　　　　　　　　　　　　Michael J. Davis  
　　　　　　　　　　　　　　　　　　　　United States District Court