# UNITED STATES DISTRICT COURT
## District of Minnesota

Fanny Urtado Maiza,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-262 MJD/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Fanny U.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**

Date: 2/9/2026

KATE M. FOGARTY, CLERK